IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RANDA HAGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>City of Grain Valley, MO, et al. )<br>)<br>Defendants. ) | Civil Action No. 09-0387-CV-W-JTM |

## STIPULATION FOR DISMISSAL

COMES NOW Plaintiff Randa Hager and Defendants City of Grain Valley, Mayor David Halphin, City Administrator Gary Bradley, Chief of Police Aaron Ambrose, Director of Administration Christine Thompson, Officer Steven Tracy, Officer Heather Steele, Sgt. Scott Hedger and Detective Terry Ford in the above matter, and hereby agree that Plaintiff's First Amended Complaint should be dismissed with prejudice, each party to bear their own costs.

Respectfully submitted,

MULLINS & BAYLARD, LLC                    ENSZ & JESTER, P.C.


*/s/ Daniel J. Baylard*_____
DANIEL J. BAYLARD #56639              */s/ Matthew Gist*_____
2008 NW South Outer Rd.                    Robert O. Jester #23465
Blue Springs, MO 64015                        Matthew J. Gist #54732
Telephone No.: 816-463-3010              1100 Main St., Ste. 2121
Fax No.: 816-463-2708                          Kansas City, MO 64105
dan@mullinsbaylard.com                      Telephone: (816) 474-8010
                                                                Facsimile: (816) 471-7910
ATTORNEYS FOR PLAINTIFF            Email: mgist@enszjester.com

                                                                ATTORNEYS FOR DEFENDANTS